**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>M.K. Brody & Co., Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA Brody's 800-4-Balloons | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>36-2408157 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1101 West Randolph Street<br>Chicago, IL<br>ZIP Code: 60607 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | M.K. Brody & Co., Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
M.K. Brody & Co., Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Robert W. Glantz
Signature of Attorney for Debtor(s)

Robert W. Glantz 6201207
Printed Name of Attorney for Debtor(s)

Shaw Gussis et al
Firm Name

321 N. Clark Street
Suite 800
Chicago, IL 60654
Address

312-541-0151  Fax: 312-980-3888
Telephone Number

July 27, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Lee Kaufman
Signature of Authorized Individual

Lee Kaufman
Printed Name of Authorized Individual

President
Title of Authorized Individual

July 27, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  M.K. Brody & Co., Inc.       Case No.
                           Debtor(s)       Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Zakoor Novelty Co. of Illinois<br>300 E. 5th Ave.<br>Naperville, IL 60563 | Zakoor Novelty Co. of Illinois<br>c/o Michael Zakoor, President<br>12007 Hunters Creek Drive<br>Plymouth, MI 48170 | Judgment | | 261,000.00 |
| 1101 West Randolph Building<br>1103 West Randolph Street<br>Chicago, IL 60607 | 1101 West Randolph Building<br>1103 West Randolph Street<br>Chicago, IL 60607 | Rent | | 174,000.00 |
| Pioneer Balloon<br>5000 East 29th Street North<br>Wichita, KS 67220 | Pioneer Balloon<br>5000 East 29th Street North<br>Wichita, KS 67220 | Trade | | 30,066.08 |
| 1101 West Randolph Building<br>1103 West Randolph Street<br>Chicago, IL 60607 | 1101 West Randolph Building<br>1103 West Randolph Street<br>Chicago, IL 60607 | Loan | | 30,000.00 |
| Betallic L.L.C.<br>2326 Grissom Drive<br>St. Louis, MO 63146 | Betallic L.L.C.<br>2326 Grissom Drive<br>St. Louis, MO 63146<br>314-991-8800 | Trade | | 29,028.69 |
| Anagram International Inc.<br>7700 Anagram Drive<br>Eden Pri  55344 | Anagram International Inc.<br>7700 Anagram Drive<br>Eden Pri  55344<br>952-949-5600 | Trade | | 25,010.01 |
| Rhode Island Novelty Company<br>5 Industrial Road<br>Cumberland, RI 02864 | Rhode Island Novelty Company<br>5 Industrial Road<br>Cumberland, RI 02864 | Trade | | 22,647.97 |
| U S Toy Co.<br>13201 Arrington Road<br>Grandview, MO 64030 | U S Toy Co.<br>13201 Arrington Road<br>Grandview, MO 64030 | Trade | | 8,699.58 |
| The Beistle Company<br>PO Box 64964<br>Baltimore, MD 21264 | The Beistle Company<br>PO Box 64964<br>Baltimore, MD 21264<br>717-532-2131 | Trade | | 7,253.53 |
| Grange Insurance Company<br>PO Box 740604<br>Cincinnati, OH 45274 | Grange Insurance Company<br>PO Box 740604<br>Cincinnati, OH 45274 | Insurance | | 6,823.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  M.K. Brody & Co., Inc.     Case No.

                 Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MagMover Inc.<br>295 Prince George Court<br>Mississauga, ONT L4Z-1R8 | MagMover Inc.<br>295 Prince George Court<br>Mississauga, ONT L4Z-1R8 | Trade | | 5,694.75 |
| BCBS of Illinios<br>Healthcare Service Corporation<br>PO Box 1186<br>Chicago, IL 60698 | BCBS of Illinios<br>Healthcare Service Corporation<br>PO Box 1186<br>Chicago, IL 60698 | Insurance | | 5,512.82 |
| Illinois Department Of Revenue<br>Bankruptcy Section, Level 7-425<br>100 W Randolph St<br>Chicago, IL 60101 | Illinois Department Of Revenue<br>Bankruptcy Section, Level 7-425<br>100 W Randolph St<br>Chicago, IL 60101 | Tax | | 5,130.00 |
| UPS<br>PO Box 650580<br>Dallas, TX 75265 | UPS<br>PO Box 650580<br>Dallas, TX 75265<br>800-811-1648 | | | 4,808.58 |
| CTI Industries Corporation<br>22160 North Pepper<br>Barrington, IL 60010 | CTI Industries Corporation<br>22160 North Pepper<br>Barrington, IL 60010<br>800-284-5605 | Trade | | 3,710.00 |
| Fun Express<br>4206 South 108th Street<br>Omaha, NE 68137 | Fun Express<br>4206 South 108th Street<br>Omaha, NE 68137 | Trade | | 3,544.10 |
| Premium Balloon Accesories<br>6935 Ridge Road   PO Box 352<br>Sharon Center, OH 44274 | Premium Balloon Accesories<br>6935 Ridge Road   PO Box 352<br>Sharon Center, OH 44274 | Trade | | 3,464.47 |
| Nancy Sales Co.,Inc.<br>22 Willow Street<br>Chelsea, MA 02150 | Nancy Sales Co.,Inc.<br>22 Willow Street<br>Chelsea, MA 02150 | Trade | | 3,426.30 |
| Zephyr Solutions Inc.<br>749 B Avon Belden<br>Avon Lake, OH 44012 | Zephyr Solutions Inc.<br>749 B Avon Belden<br>Avon Lake, OH 44012 | Trade | | 2,649.00 |
| Smithers - Oasis North America<br>PO BOX 745<br>Kent, OH 44240 | Smithers - Oasis North America<br>PO BOX 745<br>Kent, OH 44240 | Trade | | 2,627.88 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  M.K. Brody & Co., Inc.      Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  July 27, 2011      Signature  /s/ Lee Kaufman
                                         Lee Kaufman
                                         President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re  M.K. Brody & Co., Inc.                                      Case No.
                                    Debtor(s)                      Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                          76

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  July 27, 2011                    /s/ Lee Kaufman
                                        Lee Kaufman/President
                                        Signer/Title

.

1101 West Randolph Building
1103 West Randolph Street
Chicago, IL 60607


1101-09 Randolph Building
An Illinois Partnership
1103 West Randolph St
Chicago, IL 60607


Acadia International Inc.
94-I East Jefryn Blvd.
Deer Park, NY 11729


Advertising Specialty Institute
4800 Street Road
Trevose, PA 19053


AMPAC
1065 Chase Avenue
Elk Grove Village, IL 60007


Anagram International Inc.
7700 Anagram Drive
Eden Pri 55344


Arrow Marketing
7365 Main Street #248
Stratford, CT 06614


Balloon House
705 Industrial Drive
West Branch, IA 52358


BCBS of Illinios
Healthcare Service Corporation
PO Box 1186
Chicago, IL 60698


Juan Bermudez
1111 South Laflin St., Apt. 1209
Chicago, IL 60607


Betallic L.L.C.
2326 Grissom Drive
St. Louis, MO 63146

Kenneth D. Bowie
5529 S. Paulina
Chicago, IL 60636


Broder
6 Neshaminy Interplex
Trevose, PA 19053


James P. Burke
2500 North Sawyer
Chicago, IL 60647


Classic Balloon Corporation
1416 Upfield Road
Carrollton, TX 75006


ComEd
PO Box 6111
Carol Stream, IL 60197


Commonwealth Edison Company
Legal Revenue Recovery/Claims Dept
Three Lincoln Center
Oakbrook Terrace, IL 60181


Control Plastics Inc.
377 Oyster Point Blvd, #10
South San Francisco, CA 94080


Conwin Carbonic Co., Inc.
PO Box 1009
Montrose, CA 91021


Creative Coverting
255 Spring Street
Clintonville, WI 54929


CTI Industries Corporation
22160 North Pepper
Barrington, IL 60010


Darice Crafts
13000 Darice Parkway
Strongsville, OH 44136

Dex


Director Of Employment Security
PO Box 803412
Chicago, IL 60680


Valarie R. Edwards
2175 Tonne, Apt. 203
Arlington Heights, IL 60004


Euclid Managers
234 Spring Lake Road
Itasca, IL 60143


Forum Novelties Inc.
1770 Walt Whitman Road
Melville, NY 11747


Fun Express
4206 South 108th Street
Omaha, NE 68137


GMG Pen
125 Kenyon Drive - Unit 2
Lakewood, NJ 08701


Gradie's Express Co.
2035 North 15th Avenue
Melrose Park, IL 60160


Grange Insurance Company
PO Box 740604
Cincinnati, OH 45274


Heitz & Bromberek, Ltd.
200 East 5th Avenue
Suite 380
Naperville, IL 60563


Hollywood Ribbon Industries Inc.
9000 Rochester Avenue
Rancho Cucamonga, CA 91730

Hub Pen Company
1525 Washington Street
Braintree, MA 02169


Illinois Department Of Revenue
Bankruptcy Section, Level 7-425
100 W Randolph St
Chicago, IL 60101


Illinois Dept Of Emp Security
Benefit Payment Control Division
PO Box 4385
CHICAGO, IL 60680


Independent Recycling Services
2401 South Laflin Street
Chicago, IL 60608


Jack Levy Sales
26401 Miles Road
Cleveland, OH 44128


Joel S Alpert, Attorney At Law
1110 Lake Cook Road
Suite 353
Buffalo Grove, IL 60089


Anthony P. Jones
8028 Blue Stem Avenue
Joliet, IL 60431


Jay Kaufman
341 E. Quincy
Riverside, IL 60546


Lee Kaufman
1642 Sunnyside
Westchester, IL 60154


Light UP Balloon Stick Co.,Inc.
6150 East Bayshore Walk
Suite 305
Long Beach, CA 90803

Sheila J. Lowe
8234 South Kedzie
Chicago, IL 60652


MagMover Inc.
295 Prince George Court
Mississauga, ONT L4Z-1R8


MayRich Company
363 North Third Ave
DES PLAINES, IL 60016


Muncie Novelty Co.
9610 North State Road 67
PO Box 823
Muncie, IN 47308


Nancy Sales Co.,Inc.
22 Willow Street
Chelsea, MA 02150


Northwest Enterprises
900 Lunt Ave
Elk Grove Village, IL 60007


PaeTec
PO Box 3177
Cedar Rapids, IA 52406


Party Products LLC
613 Wellington Drive
Dyer, IN 46311


Peoples Gas
Chicago, IL 60687


Pioneer Balloon
5000 East 29th Street North
Wichita, KS 67220


Pitney Bowes
PO Boc 371874
Pittsburgh, PA 15250

```
PLASCO
2131 South Avenue
Lacrosse, WI 54601


Premium Balloon Accesories
6935 Ridge Road   PO Box 352
Sharon Center, OH 44274


Marilyn Priley
832 Eastland
Elmhurst, IL 60126


Profit Controls Inc.
4114 North Cass Avenue
Westmont, IL 60559


Quill
PO Box 94081
Palatine, IL 60094


Regal Bussiness Machines, Inc.
1140 West Washington Blvd
Chicago, IL 60607


Rhode Island Novelty Company
5 Industrial Road
Cumberland, RI 02864


Anthony Richardson
8607 South Justice
Chicago, IL 60620


Devon Scott-Tunkin
2646 North Orchard
Chicago, IL 60614


Silver Rainbow Co.
111 Traynor Street
Hayward, CA 94544


Smithers - Oasis North America
PO BOX 745
Kent, OH 44240
```

South Central Bank, N.A.
Attn: Charles Rudy, CFO
525 W. Roosevelt Road
Chicago, IL 60607


Spark Plug


Standard Elevator
3260 West Grand Avenue
Chicago, IL 60651


The Beistle Company
PO Box 64964
Baltimore, MD 21264


U S Toy Co.
13201 Arrington Road
Grandview, MO 64030


Unique Industries Inc.
PO Box 8500-55317
Philadelphia, PA 19178


UPS
PO Box 650580
Dallas, TX 75265


Uptime Computer & Networking Service
10782 Canterbury St.
Westchester, IL 60154


Volusion


Zakoor Novelty Co. of Illinois
300 E. 5th Ave.
Naperville, IL 60563


Zephyr Solutions Inc.
749 B Avon Belden
Avon Lake, OH 44012