# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **M.K. BRODY & CO., INC.,** | ) | Case No. 11-30719 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing Date: October 31, 2012 |
| | ) | Hearing Time:  9:30 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on October 31, 2012 at 9:30 a.m., the undersigned shall appear before the Honorable A. Benjamin Goldgar, in Courtroom 613, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE,** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleadings, at which time and place you may appear if you so see fit.

Dated: October 3, 2012                    Respectfully submitted,

                                          M.K. BRODY & CO.

                                          By:    */s/ Kimberly Bacher*
                                                  One of its attorneys

Robert W. Glantz (No. 6201207)
Kimberly Bacher (No. 6285677)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street
Suite 800
Chicago, Illinois 60610
(312) 541-0151  telephone
(312) 980-3888  facsimile

{10211-001 MOT A0328354.DOC}

# CERTIFICATE OF SERVICE

Kimberly Bacher certifies that she caused to be served a true copy of the above and foregoing **NOTICE OF MOTION** and **MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE** upon the attached Electronic Mail Notice List through the ECF System and on the attached Service List via First Class U.S. Mail on this 3rd day of October, 2012.

*/s/ Kimberly Bacher*

**Mailing Information for Case 11-30719**
**Electronic Mail Notice List**
The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Kimberly A Bacher    kbacher@shawgussis.com
- Faith Dolgin    faith.dolgin@illinois.gov
- Robert W Glantz    rglantz@shawgussis.com
- Joshua D Greene    jgreene@springerbrown.com, sellis@springerbrown.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Wendy E Morris    wmorris@freebornpeters.com, bkdocketing@freebornpeters.com
- George J. Spathis    gspathis@hmblaw.com, lvalenti@hmblaw.com

| | | |
|---|---|---|
| MagMover Inc.<br>295 Prince George Court<br>Mississauga, ONT L4Z-1R8<br>**CANADA** | M.K. Brody & Co., Inc.<br>1101 West Randolph Street<br>Chicago, IL 60607-1674 | South Central Bank, N.A.<br>Attn: Charles Rudy, CFO<br>525 W. Roosevelt Road<br>Chicago, IL 60607-4905 |
| Standard Elevator<br>3260 West Grand Avenue<br>Chicago, IL 60651-4177 | The Beistle Company<br>PO Box 64964<br>Baltimore, MD 21264-4964 | U S Toy Co.<br>13201 Arrington Road<br>Grandview, MO 64030-2886 |
| 1101-09 West Randolph Building<br>1101 West Randolph Street<br>Chicago, IL 60607-1607 | AMPAC<br>1065 Chase Avenue<br>Elk Grove Village, IL 60007-4827 | Acadia International Inc.<br>94-I East Jefryn Blvd.<br>Deer Park, NY 11729-5728 |
| Advertising Specialty Institute<br>4800 Street Road<br>Trevose, PA 19053-6698 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Anagram International Inc.<br>7700 Anagram Drive<br>Eden Pri, 55344-7307 |
| Unique Industries, Inc<br>4750 League Island Blvd<br>Attn: Glen D. Wattenmaker, Esq<br>Philadelphia, PA 19112-1222 | Uptime Computer & Networking Service<br>10782 Canterbury St.<br>Westchester, IL 60154-4202 | Arrow Marketing<br>7365 Main Street #248<br>Stratford, CT 06614-1300 |
| BCBS of Illinios<br>Healthcare Service Corporation<br>PO Box 1186<br>Chicago, IL 60690-1186 | Balloon House<br>705 Industrial Drive<br>West Branch, IA 52358-9647 | Betallic L.L.C.<br>2326 Grissom Drive<br>St. Louis, MO 63146-3311 |
| Broder<br>6 Neshaminy Interplex<br>Trevose, PA 19053-6942 | CTI Industries Corporation<br>22160 North Pepper<br>Barrington, IL 60010-2301 | Classic Balloon Corporation<br>1416 Upfield Road<br>Carrollton, TX 75006-6915 |
| Zephyr Solutions Inc.<br>749 B Avon Belden<br>Avon Lake, OH 44012-2211 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Commonwealth Edison Company<br>Legal Revenue Recovery/Claims Dept<br>Three Lincoln Center<br>Oakbrook Terrace, IL 60181-4204 |
| Control Plastics Inc.<br>377 Oyster Point Blvd, #10<br>South San Francisco, CA 94080-1962 | Conwin Carbonic Co., Inc.<br>PO Box 1009<br>Montrose, CA 91021-1009 | Creative Coverting<br>255 Spring Street<br>Clintonville, WI 54929-1159 |
| Darice Crafts<br>13000 Darice Parkway<br>Strongsville, OH 44149-3800 | UPS<br>PO Box 650580<br>Dallas, TX 75265-0580 | Dex<br>5000 Cllege Blvd, Ste 201<br>Overland Park, KS 66211-1793 |

Director Of Employment Security
PO Box 803412
Chicago, IL 60680-3412

Euclid Managers
234 Spring Lake Road
Itasca, IL 60143-3202

Forum Novelties Inc.
1770 Walt Whitman Road
Melville, NY 11747-3068

Fun Express
4206 South 108th Street
Omaha, NE 68137-1215

GMG Pen
125 Kenyon Drive - Unit 2
Lakewood, NJ 08701-4561

Gradie's Express Co.
2035 North 15th Avenue
Melrose Park, IL 60160-1404

Grange Insurance Company
PO Box 740604
Cincinnati, OH 45274-0604

Heitz & Bromberek, Ltd.
200 East 5th Avenue
Suite 380
Naperville, IL 60563-3176

Helget Gas Products
2711 Coyle Avenue
Elk Grove Village, IL 60007-6405

Hollywood Ribbon Industries Inc.
9000 Rochester Avenue
Rancho Cucamonga, CA 91730-5522

Hub Pen Company
1525 Washington Street
Braintree, MA 02184-7533

Quill
P.O. Box 37600
Philadelphia, PA 19101

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603-2808
Attn: Bankruptcy Unit - 10th flr.

Profit Controls Inc.
4114 North Cass Avenue
Westmont, IL 60559-1312

Independent Recycling Services
2401 South Laflin Street
Chicago, IL 60608-5005

Jack Levy Sales
26401 Miles Road
Cleveland, OH 44128-5930

Regal Bussiness Machines, Inc.
1140 West Washington Blvd
Chicago, IL 60607-2021

Jay Kaufman
341 E. Quincy
Riverside, IL 60546-2682

Joel S Alpert, Attorney At Law
1110 Lake Cook Road
Suite 353
Buffalo Grove, IL 60089-1969

Rhode Island Novelty Company
5 Industrial Road
Cumberland, RI 02864-4714

Smithers - Oasis North America
PO BOX 745
Kent, OH 44240-0014

Lee Kaufman
1642 Sunnyside
Westchester, IL 60154-4254

Light UP Balloon Stick Co.,Inc.
6150 East Bayshore Walk
Suite 305
Long Beach, CA 90803-5633

Silver Rainbow Co.
111 Traynor Street
Hayward, CA 94544-1955

MayRich Company
363 North Third Ave
DES PLAINES, IL 60016-1158

Muncie Novelty Co.
9610 North State Road 67
PO Box 823
Muncie, IN 47308-0823

Nancy Sales Co.,Inc.
22 Willow Street
Chelsea, MA 02150-3506

Northwest Enterprises
900 Lunt Ave
Elk Grove Village, IL 60007-5007

PEOPLES GAS LIGHT & COKE COMPANY
130 EAST RANDOLPH DRIVE
CHICAGO, ILLINOIS 60601-6203

PLASCO
2131 South Avenue
Lacrosse, WI 54601-6258

PaeTec
PO Box 3177
Cedar Rapids, IA 52406-3177

Party Products LLC
613 Wellington Drive
Dyer, IN 46311-1247

Peoples Gas
Chicago, IL 60687-0001

Pioneer Balloon
5000 East 29th Street North
Wichita, KS 67220-2113

Premium Balloon Accesories
6935 Ridge Road   PO Box 352
Sharon Center, OH 44274-0352

Pitney Bowes
PO Boc 371874
Pittsburgh, PA 15250-7874

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **M.K. BRODY & CO., INC.,** ) | **Case No. 11-30719** |
| ) | |
| Debtor. ) | **Hon. A. Benjamin Goldgar** |
| ) | |
| ) | **Hearing Date: October 31, 2012** |
| ) | **Hearing Time:  9:30 a.m.** |

### MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE

Pursuant to 11 U.S.C. § 350, Fed. R. Bankr. P. 3022 and Local Rule 3022-1, M.K. Brody & Co., Inc. (the "Debtor"), requests the entry of an order closing the Debtor's case (the "Motion").  In support of this Motion, the Debtor respectfully states as follows:

### JURISDICTION

1. On July 27, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. Since then, the Debtor has remained in possession of its assets and has continued to operate its business as a debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108. The Debtor has all of the rights and powers of a trustee in bankruptcy pursuant to 11 U.S.C. § 1107(a).

3. This Court has jurisdiction to hear this matter and enter a final order granting the relief requested herein pursuant to 28 U.S.C. §§ 1334 and 157(b)(2) and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

4. The Debtor is a small business debtor as that term is defined in 11 U.S.C. § 101(51D).

5. This Court entered an order confirming the Debtor's Plan of Reorganization (the "Plan") which became effective on July 25, 2012.

## RELIEF REQUESTED

6. The Debtor requests the entry of a final decree closing the Debtor's case. The Debtor has begun making distributions due under the Plan, and there are no remaining disputed claims or matters to resolve. The only adversary proceeding filed in connection with the Debtor's case has been dismissed.

7. The status of payments due to each class under the Plan is as follows:

| Class | Status |
|---|---|
| Class 1 Claims | All distributions completed. |
| Class 2 Claim | The Debtor has caused the first payment of $50,000.00 to be paid to Zakoor Novelty Company of Illinois, Inc. ("Zakoor") thus completing the initial distribution. Pursuant to the Plan, Zakoor will be additionally paid (i) two (2) annual installments of Fifteen Thousand and 00/100 Dollars ($15,000.00) commencing on June 1, 2013, and (ii) a final balloon payment of Sixty Thousand and 00/100 Dollars ($60,000.00) on June 1, 2015. |
| Class 3 Claim | All distributions completed. |
| Class 4 Claims | Initial distribution set for January 1, 2013 and continuing for three (3) years thereafter in accordance with the Plan. |
| Class 5 Claims | No distributions anticipated at this time. |
| Class 6 Claims | No distributions pursuant to the Plan. |

8. The Debtor has fulfilled most of its duties under the Plan. At the time this Motion was filed, the Debtor's only remaining duties consist of making the remaining distributions in accordance with the Plan (the "Remaining Distributions"). No other motions, contested matters, or adversary proceedings await resolution by this Court.

9. Based on the foregoing and subject to this Court's retention of jurisdiction over all issues related to the Remaining Distributions, the Debtor submits that the entry of a final decree is warranted.

## APPLICABLE AUTHORITY

10. Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 350(a). Likewise, Fed. R. Bankr. P. 3022 provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.

11. While the term "fully administered" is not defined in the Bankruptcy Code, it is clear that the entry of a final decree closing a chapter 11 case should not be delayed just because all of the payments required by a plan have not been completed. *See In re Mold Makers, Inc.*, 124 B.R. 766, 768 (Bankr. N.D. Ill. 1990); *In re Jordan Manufacturing Co. et al.,* 138 B.R. 30, 36 (Bankr. C.D. Ill. 1992). As all matters involving the Debtor's case have been resolved and the only remaining tasks involve distributions to creditors, a final decree should be entered. Accordingly, this Court should enter a final decree closing the Debtor's case.

## NOTICE

12. The Debtor served this Motion on the Office of the United States Trustee, the CMECF service list and all known creditors in this case.

WHEREFORE, the Debtor requests that this Court enter a final decree substantially in the form attached hereto closing the Debtor's chapter 11 case and providing such other relief as may be appropriate under the circumstances.

4

Dated: October 3, 2012					Respectfully submitted,

							M.K. BRODY & CO.

						By:	*/s/ Kimberly Bacher*
							One of its attorneys

Robert W. Glantz (No. 6201207)
Kimberly Bacher (No. 6285677)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street
Suite 800
Chicago, Illinois 60610
(312) 541-0151  telephone
(312) 980-3888  facsimile