# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **In re:** ) | Chapter 11 |
| ) | Hon. A. Benjamin Goldgar |
| **M.K. BRODY & CO., INC.,** ) | Case No. 11-30719 |
| ) | |
| **Debtor.** ) | |

## NOTICE OF SECOND AND FINAL FEE APPLICATION

**TO: SEE ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE that on **October 3, 2012** the Second and Final Fee Application of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC ("Shaw Gussis"), as Counsel for the Debtor, for Allowance of Compensation and Reimbursement of Expenses, (the "Fee Application") was filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, by the Fee Application, Shaw Gussis seeks, for the period of June 1, 2012 through October 2, 2012, the allowance and approval of compensation of fees in the amount of $16,850.00 and the reimbursement of actual and necessary expenses in the amount of $1,451.96, for a total amount of $18,301.96.

PLEASE TAKE FURTHER NOTICE that objections to the Fee Application, if any, should be made in writing, filed with the Clerk of the Bankruptcy Court, 219 South Dearborn, Chicago, Illinois 60604, **and** served upon Shaw Gussis Fishman Glantz Wolfson & Towbin LLC, 321 N. Clark St., Suite 800, Chicago, IL 60610, Attn: Robert W. Glantz. A copy of the Fee Application is available upon request to the undersigned counsel.

PLEASE TAKE FURTHER NOTICE that a hearing on the Fee Application is scheduled for **October 31, 2012 at 9:30 a.m.** in Courtroom 613 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois.

Dated: October 3, 2012                                                        M.K. BRODY & CO.

                                                                              By:  */s/ Robert W. Glantz*
                                                                                   One of its attorneys

Robert W. Glantz (# 6201207)
Kimberly Bacher (# 6285677)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
Phone: 312-541-0151

{10211-001 APPL A0328289.DOC}

**CERTIFICATE OF SERVICE**

Robert W. Glantz certifies that he caused to be served a true copy of the above and foregoing **NOTICE OF SECOND AND FINAL FEE APPLICATION** and **SECOND AND FINAL FEE APPLICATION OF SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC, AS COUNSEL FOR THE DEBTOR FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND FOR RELATED RELIEF** upon the attached Electronic Mail Notice List through the ECF System on this 3rd day of October, 2012.

/s/ Robert W. Glantz

**Mailing Information for Case 11-30719**
**Electronic Mail Notice List**
The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Kimberly A Bacher    kbacher@shawgussis.com
- Faith Dolgin    faith.dolgin@illinois.gov
- Robert W Glantz    rglantz@shawgussis.com
- Joshua D Greene    jgreene@springerbrown.com, sellis@springerbrown.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Wendy E Morris    wmorris@freebornpeters.com, bkdocketing@freebornpeters.com
- George J. Spathis    gspathis@hmblaw.com, lvalenti@hmblaw.com

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| M.K. BRODY & CO., INC., | ) | Case No. 11-30719 |
| | ) | |
| Debtor. | ) | Hearing Date: October 31, 2012 |
| | ) | Hearing Time: 9:30 a.m. |

**SECOND AND FINAL FEE APPLICATION OF SHAW GUSSIS FISHMAN GLANTZ
WOLFSON & TOWBIN LLC, AS COUNSEL FOR THE DEBTOR FOR
ALLOWANCE AND PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AND FOR RELATED RELIEF**

Robert W. Glantz and the law firm of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (collectively, "Shaw Gussis") applies to this Court (the "Application"), pursuant to 11 U.S.C. §§ 330 and 331 and Federal Rules of Bankruptcy Procedure 2002(a)(6), 2002(i), 2016(a) and 9007, for the allowance and payment of $16,850.00 in compensation for 50.2 hours of professional services (the "Services") rendered on behalf of M.K. Brody & Co., Inc. (the "Debtor"), and for the reimbursement of $1,451.96 for expenses (the "Expenses") incurred incidental to the Services during the period of June 1, 2012 to October 2, 2012 (the "Application Period"). In support of this Application, Shaw Gussis respectfully states as follows:

**BACKGROUND**

1. On July 27, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code thereby commencing the above-captioned case (the "Case").

2. Since then, the Debtor has remained in possession of its assets and has continued to operate its business as a debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108.

{10211-001 APPL A0328289.DOC}

The Debtor has all of the rights and powers of a trustee in bankruptcy pursuant to 11 U.S.C. § 1107(a).

3.  This Court has jurisdiction to hear this matter and enter a final order granting the relief requested herein pursuant to 28 U.S.C. §§ 1334 and 157(b)(2) and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

4.  The Debtor is a small business debtor as that term is defined in 11 U.S.C. § 101(51D).

## RETENTION OF SHAW GUSSIS

5.  On July 29, 2011 the Debtor applied to the Court for an order approving the retention of Shaw Gussis as general bankruptcy counsel in connection with the Case and the compensation arrangement related thereto (the "Retention Application"). On September 7, 2011, this Court entered an order approving the Retention Application and authorizing the Debtor to employ Shaw Gussis as its general bankruptcy counsel in connection with the Case effective as of the Petition Date (the "Retention Order").

## THE SERVICES RENDERED BY SHAW GUSSIS

6.  From and after the inception of Shaw Gussis' representation of the Debtor up to and including the present time, Shaw Gussis has served as legal counsel to the Debtor with respect to all bankruptcy matters that have arisen in or with respect to the Case. In connection therewith, Shaw Gussis has provided substantial bankruptcy legal services to the Debtor, including analysis of the Debtor's assets and liabilities, advising the Debtor with respect to its rights and obligations under chapter 11 of the Bankruptcy Code, drafting and presenting motions to this Court, representing the Debtor in connection with the adversary proceeding against Zakoor Novelty Co. of Illinois ("Zakoor") and advising the Debtor with respect to numerous business issues that have presented themselves during the Case. Shaw Gussis has also assisted

the Debtor in preparing, negotiating and serving a First Amended Plan of Reorganization (the "Plan") and a Disclosure Statement (the "Disclosure Statement").

7.  Attached hereto and made part hereof is Exhibit A. Exhibit A includes invoices for Services for the period from June 1, 2012 through October 2, 2012 (the "Invoices").

8.  All of the Services for which compensation is requested were rendered in connection with the Case and related matters. All of the time described in the Exhibit A represents the actual amount of time spent or, in certain instances, less than the actual amount of time spent by attorneys of Shaw Gussis who rendered the described services. In certain instances, the time reflected in the exhibits has been reduced in an effort by Shaw Gussis to eliminate excessive, duplicative or, in hindsight, unnecessary or unproductive services.

9.  The hourly rates charged by the bankruptcy professionals of Shaw Gussis who worked on the Case and whose time is a part of the Services are as follows:

| **Members** | **Rate** |
|---|---|
| Robert W. Glantz | $475.00 |
| Brian L. Shaw | $465.00 |
| | |
| **Associate** | **Rate** |
| Kimberly Bacher | $315.00 |

These rates are based on the experience and expertise of the respective personnel.

10.  The Services have required a total of 50.2 hours on the part of Shaw Gussis as more fully set forth in the Invoices. See Exhibit A. Based upon the customary and reasonable rates charged by Shaw Gussis for services in cases under the Bankruptcy Code and for services other than services rendered in cases under the Bankruptcy Code, the fair and reasonable value of the Services is not less than $16,850.00 (the "Final Compensation Request"). All of the Services for which compensation is requested were Services which, in Shaw Gussis' billing judgment,

were necessarily rendered after due consideration of the expected cost and anticipated benefit of such Services.

11. Herein below, the Court will find a narrative, by category, of the Services provided by Shaw Gussis to the Debtor (the "Summaries"). The narrative is provided for all categories of Services in which at least $1,500 of compensation is requested. The Invoices have a detailed description of all Services, by category, regardless of the amount requested.

12. Within the Invoices the Court will find the Services broken down by date, attorney and category. Additionally, each of the categories within the Invoices and the Summaries has a compilation of the time spent on and compensation requested for each category.

**Case Administration**

13. Shaw Gussis expended 7.9 hours of professional services having a value of $2,488.50 in connection with services pertaining to general case administration, including but not limited to, preparation for and participation in hearings, meetings, telephone conferences and other activities where various subject matters were discussed, analyzed, or otherwise acted upon. Specifically, this category of Services includes: (i) negotiating a resolution of the claim objection filed by the Debtor against the claim of the Illinois Department of Revenue ("IDOR"), (ii) drafting an agreed order regarding the claim of IDOR, (iii) addressing issues raised by the Office of the United States Trustee related to the Debtor's monthly operating reports, and (iv) preparing, reviewing and filing monthly operating reports.

14. The chart below is a summary of the total amount of time entered by each timekeeper related to Case Administration during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| Kimberly Bacher | 7.9 | $2,488.50 |
| **Total:** | **7.9** | **$2,488.50** |

### Fee Applications

15. Shaw Gussis expended 15.2 hours of professional services having a value of $4,788.00 in connection with services rendered in connection with fee applications submitted by Shaw Gussis. Specifically, this category of Services includes: (i) reviewing, summarizing and calculating all fees and expenses incurred by Shaw Gussis as counsel for the Debtor in connection with the First Interim Application of Shaw Gussis for Allowance and Payment of Compensation and Reimbursement of Expenses and for Related Relief (the "First Interim Fee Application") and this Application, and (ii) drafting, editing and serving the First Interim Fee Application and this Application, including the professional fees cover sheet, proposed order and all applicable exhibits.

16. The chart below is a summary of the total amount of time entered by each timekeeper related to Fee Applications during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| Kimberly Bacher | 15.2 | $4,788.00 |
| **Total:** | **15.2** | **$4,788.00** |

### Plan of Reorganization

17. Shaw Gussis expended 24.4 hours of professional services having a value of $8,723.00 in connection with services related to the Plan. Specifically, this category of services

{10211-001 APPL A0319822.DOC}    5

includes: (i) extensively negotiating certain provisions of the Plan with Zakoor; (ii) drafting, revising and finalizing the amendments to the Plan, (ii) reviewing ballots and filing a ballot report, (iii) preparing and revising a motion to accept modifications to the Plan, (iv) preparing and revising an order confirming the Plan (the "Confirmation Order"), (v) preparing a declaration of the Debtor's officer in support of the Plan, (vi) preparing for and attending a hearing on confirmation of the Plan, (v) working on revisions to the Confirmation Order, and (vi) discussing the implementation of the Plan with certain of the Debtor's creditors and the Debtor.

18. The chart below is a summary of the total amount of time entered by each timekeeper related to the Plan during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
| --- | --- | --- |
| Robert W. Glantz | 6.2 | $2,945.00 |
| Brian L. Shaw | 0.3 | $139.50 |
| Kimberly Bacher | 17.9 | $5,638.50 |
| **Total:** | **24.4** | **$8,723.00** |

## SUMMARY OF SERVICES RENDERED BY PROFESSIONAL

19. In summary, the lodestar amount of compensation sought with respect to the Services is $16,850.00 (the "Lodestar Amount"). In addition, the total compensation sought for each professional with respect to the aforementioned categories as set forth in the Invoices can be summarized as follows:

## PROFESSIONAL RATE CHARTS

| Professional | Position | Rate | Hours | Amount |
| --- | --- | --- | --- | --- |
| Robert W. Glantz | Member | $475.00 | 6.2 | $2,945.00 |
| Brian L. Shaw | Member | $465.00 | 0.3 | $139.50 |

{10211-001 APPL A0319822.DOC}    6

| Professional | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Kimberly Bacher | Associate | $315.00 | 43.7 | $13,765.50 |
| | | **Total:** | **50.2** | **$16,850.00** |

20. The hourly rates charged by Shaw Gussis with respect to the Debtor's Case compare favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the Shaw Gussis attorneys and paralegals. Further, the amount of time spent by Shaw Gussis with respect to the Case is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, the amounts at stake and the sophistication and experience of opposing counsel.

21. The Lodestar Amount for all of the services rendered by Shaw Gussis during the Application Period is $16,850.00. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Shaw Gussis respectfully submits that the Lodestar Amount represents a fair and reasonable amount for the allowance of interim compensation in this Case.

## THE EXPENSES REQUESTED

22. All of the Expenses for which reimbursement is requested are expenses which Shaw Gussis customarily recoups from all of its clients. The types of costs for which reimbursement is sought are listed below:

| Internal Photocopy | 10¢ per page |
|---|---|
| Commercial/Court Photocopy | actual cost |
| Commercial Messenger | actual cost |
| Long Distance Telephone | actual cost |

{10211-001 APPL A0319822.DOC} 7

| Local Telephone | no charge |
|---|---|
| Outgoing Facsimiles | no charge |
| Incoming Facsimiles | no charge |
| On Line Legal or Factual Research (Westlaw/Lexis/Pacer) | actual cost |
| Postage | actual cost |
| Overnight Delivery (*e.g.*, Federal Express) | actual cost |
| Filing/Recording Fees | actual cost |
| Deposition Costs | actual cost |
| Local and Long Distance Travel | actual cost |
| Working Meals | actual cost |

23. The specific Expenses for which reimbursement is requested during the Application Period are as follows:

| Photocopy | $1,067.20 |
|---|---|
| Pacer Research | $26.10 |
| Postage | $313.60 |
| Parking/Taxi | $39.00 |
| Messenger | $6.06 |
| **Total** | **$1,451.96** |

24. All of the Expenses for which reimbursement is sought are costs actually borne by Shaw Gussis and were necessarily incurred in connection with this Case.

25. As noted previously, all of the Expenses for which reimbursement is requested are of the type and amount of expense that Shaw Gussis customarily recoups from all of Shaw Gussis' clients. Further, the expenses for which reimbursement is sought constitute the types and amounts generally allowed by bankruptcy judges in this and other districts. Exhibit A contains an itemization for all Expenses for which reimbursement is sought through this Application.

## COMPENSATION AND EXPENSES RECEIVED TO DATE BY SHAW GUSSIS

26. Shaw Gussis is currently holding a prepetition retainer in the amount of $5,000.00 (the "Prepetition Retainer"). Shaw Gussis requests that it be permitted to apply the Prepetition Retainer to pay for legal fees authorized herein.

{10211-001 APPL A0319822.DOC}                 8

27. Since the Petition Date, Shaw Gussis has been allowed $51,345.20 in fees and $2,058.97 in expenses on an interim basis in connection with the First Interim Fee Application (the "Previously Allowed Fees and Expenses") [Docket No. 110]. By this Application, Shaw Gussis requests that the Previously Allowed Fees and Expenses be allowed on a final basis.

## COMPLIANCE WITH SECTION 504

28. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Shaw Gussis and any other firm, person or entity for the sharing or division of any compensation paid or payable to Shaw Gussis.

## NOTICE

29. Notice of this Application has been given to: (a) the Office of the United States Trustee, (b) the Debtor, and (c) all of the Debtor's creditors. Shaw Gussis respectfully requests that additional notice of the hearing on this Application be excused for good cause shown pursuant to Fed. R. Bankr. P. 2006(a)(6), 2002(i) and 9007.

WHEREFORE, Shaw Gussis requests the entry of an order, substantially in the form attached hereto that:

(a) allows Shaw Gussis $16,850.00 in final compensation for Services rendered during the Application Period of June 1, 2012 through October 2, 2012;

(b) allows Shaw Gussis $1,451.96 in Expense reimbursement for the Application Period of June 1, 2012 through October 2, 2012;

(c) allows Shaw Gussis to apply the Prepetition Retainer to amounts approved herein;

(d) waives other and further notice of this hearing with respect to this Application;

(e) approves on a final basis all Previously Allowed Fees and Expenses awarded by this Court on an interim basis; and

  (f)  provides Shaw Gussis with such additional relief as may be appropriate under the circumstances.

Dated: October 3, 2012      Respectfully submitted,

              SHAW GUSSIS FISHMAN GLANTZ
              WOLFSON & TOWBIN LLC

              By: */s/ Robert W. Glantz*
                 One of its attorneys

Robert W. Glantz (# 6201207)
Kimberly Bacher (# 6285677)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street
Suite 800
Chicago, Illinois 60610
Phone: (312) 541-0151

{10211-001 APPL A0319822.DOC}      10