UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 11-30719
)
M.K. BRODY & CO., INC., ) Chapter: 11
) Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

## ORDER ENTERING FINAL DECREE IN THE
## BANKRUPTCY CASE OF M.K. BRODY & CO., INC.

Upon consideration of the motion (the "Motion") of M.K. Brody & Co., Inc. (the "Debtor") (capitalized terms used herein and not defined herein shall have the meaning ascribed thereto in the Motion); due and proper notice of the Motion having been provided; it appearing that there is good cause to grant the relief requested, and there being no objection to the relief requested; it is therefore ORDERED as follows:

1. The Motion [for a final decree] is granted.

2. ~~The bankruptcy case of M.K. Brody & Co., Inc. (Bankruptcy Case No. 11-30719) is closed and any further notice of the Motion is hereby waived.~~

Enter:

_/s/ A. Benjamin Goldgar_
United States Bankruptcy Judge

Dated: **02 NOV 2012**

**Prepared by:**
Robert W. Glantz (No. 6201207)
Kimberly Bacher (No. 6285677)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151  telephone
(312) 980-3888  facsimile

Rev: 20120501_bko